# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

————————————————

No. 1D17-4536

————————————————

LAURI BURRIS, GREGORY F.
BURRIS, DOUGLAS O. ROWE,
RONALD E. BROWN, JR., JACOB
CHAPMAN, and MELISSA BURRIS,

Petitioners,

v.

STATE OF FLORIDA,

Respondent.

————————————————

Petition for Writ of Prohibition—Original Jurisdiction.

June 20, 2018

PER CURIAM.

DENIED.

WOLF, OSTERHAUS, and WINSOR, JJ., concur.

————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————

Mitchell A. Stone, Jacksonville Beach, H. Franklin Robbins, Jr., Orlando, and Steven G. Mason, Altamonte Springs, for Petitioners.

Pamela Jo Bondi, Attorney General, and Sharon S. Traxler, Assistant Attorney General, Tallahassee, for Respondent.